UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------

|  |  |  |
|---|---|---|
| ADEMILSON J. SMITH, | : | |
| | : | CASE NO. 4:17-CV-1034 |
| Petitioner, | : | OPINION AND ORDER |
| v. | : | |
| | : | [Resolving Doc. 1] |
| CHAE HARRIS, | : | |
| | : | |
| Respondent. | : | |

-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 20, 2017, Ademilson Smith filed a habeas corpus petition under 28 U.S.C. § 2254.[1] On October 7, 2019, Magistrate Judge George J. Limbert recommended that the Court deny the petition.[2] Magistrate Judge Limbert concluded that Petitioner failed to exhaust Grounds One, Three, and Four and that Ground Two is not cognizable.[3]

Magistrate Judge Limbert ordered the parties to file objections, if any, within fourteen days.[4] Neither party objected, and the time to do so has expired.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of the objected-to portions of a Report and Recommendation.[5] Absent objection, a district court may adopt the Report and Recommendation without review.[6]

Here, no party has objected to the Report and Recommendation, so this Court may adopt the Report and Recommendation without further review. Moreover, having

---

[1] Doc. 1. Respondent opposed. Doc. 9. Petitioner replied. Doc. 10.
[2] Doc. 11.
[3] *Id.*
[4] *Id.* at 25.
[5] 28 U.S.C. § 636(b)(1).
[6] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 17-cv-1034
Gwin, J.

conducted its own review of the petition and the record, the Court agrees that the petition must be denied.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **DENIES** Petitioner's request for a writ of habeas corpus. Furthermore, no basis exists upon which to issue a certificate of appealability.[7]

IT IS SO ORDERED.

Dated: November 12, 2019            *s/     James S. Gwin*
                                                                    JAMES S. GWIN
                                                                    UNITED STATES DISTRICT JUDGE

---

[7] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).